# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7082 | **DATE** | 12/17/2008 |
| **CASE TITLE** | In Re: Text Messaging Antitrust Litigation | | |

**DOCKET ENTRY TEXT**

**This Document Relates To: All Cases**

Enter Order No. 1.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|