UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE TEXT MESSAGING ANTITRUST LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | No. 08 C 7082 MDL No. 1997 Judge Matthew F. Kennelly |

## NOTICE OF UNOPPOSED MOTION

**TO:**   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on June 30, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs, by their undersigned counsel, shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead, in the Courtroom usually occupied by him in Room 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present ***Plaintiffs' Unopposed Motion to Correct Consolidated Class Action Complaint***, a copy of which is attached and hereby served upon you.

Dated: June 23, 2009                              Respectfully submitted,

By: __/s/ Mary Jane Fait_____
    Mary Jane Fait
    **WOLF HALDENSTEIN ADLER**
      **FREEMAN & HERZ LLC**
    55 W. Monroe Street, Suite 1111
    Chicago, IL  60603
    Tel:  (312) 984-0000
    Fax:  (312) 984-0001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2009 copies of ***Plaintiffs' Unopposed Motion to Correct Consolidated Class Action Complaint*** were served by causing a true and correct copy of same to be delivered to all Filing Users through the Court's ECF system.

_____/s/ Mary Jane Fait_____
Mary Jane Fait