IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TEXT MESSAGING ANTITRUST LITIGATION | ) MDL No. 1997 <br> ) <br> ) Lead Case No. 08-cv-7082 <br> ) <br> ) (Centralized before <br> ) The Honorable Matthew F. Kennelly) <br> ) |
| THIS DOCUMENT RELATES TO: <br> *Quin Jackson, et al. v. Sprint Nextel Corporation*, Case No. 09-cv-2192 (N.D. Ill.) (Originally Case No. 5:08-cv-4133 (D. Kansas)) | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' SECOND MOTION FOR REMAND**

This Court granted plaintiffs' first motion to remand, finding the home-state exception in 28 U.S.C. § 1332(d)(4)(B) applied. *In re Text Messaging Antitrust Litig.,* 2009 WL 2488301 (N.D. Ill. 2009) [# 26; Lead Case # 98]. The Seventh Circuit also was "inclined to think that at least two-thirds of those who have Kansas cell phone numbers and use Kansas mailing address for their cell phone bills are probably Kansas citizens," but nonetheless remanded the case to this Court to "give the plaintiffs another opportunity to prove that the proposed class satisfies the requirements of the home-state exception." *In re Sprint Nextel Corp.,* 593 F.3d 669, 674, 676 (7th Cir. 2010), [## 27, 30]. Having conducted jurisdictional discovery, Plaintiffs now move this Court a second time for remand of this case to the District Court for Douglas County, Kansas. Plaintiffs incorporate into this motion their supporting brief and the declarations and evidence filed contemporaneously with this motion.

WHEREFORE, Plaintiffs respectfully request this Court grant Plaintiffs' second motion to remand and remand this case to the District Court of Douglas County, Kansas.

Respectfully submitted,

/s/ Rex A. Sharp
Rex A. Sharp KS#12350
Barbara C. Frankland, KS#14198
Gunderson, Sharp & Walke, L.L.P.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0500
(913) 901-0419 fax

David J. Rebein #10476
Shane Bangerter #14527
Rebein Bangerter, P.A.
810 Frontview
P.O. Box 1147
Dodge City, KS 67801
(620) 227-8126
(620) 227-8451 fax

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 6, 2010, she caused a copy of the above and foregoing document to be served on all parties of record via the Court's ECF/electronic mailing system.

/s/ Barbara C. Frankland