IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE TEXT MESSAGING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 08 c 7082<br><br>MDL No. 1997<br><br>Honorable Matthew F. Kennelly |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and Richard J. Kilsheimer respectfully submit this Motion to Withdraw as Counsel for Plaintiffs and as a member of Plaintiffs' Steering Committee pursuant to Local Rule 83.17. In support of this Motion, Kaplan Fox and Mr. Kilsheimer submit the attached Declaration of Richard J. Kilsheimer and state as follows:

1. On September 12, 2008, Kaplan Fox filed a Class Action Complaint on behalf of Plaintiff Kim A. Cosgrove in the United States District Court for the District of Columbia, alleging that Defendants had conspired to fix, raise, maintain or stabilize prices of certain text messaging services in the United States in violation of Section 1 of the Sherman Act, 15 U.S.C. §1, and seeking damages on behalf of herself and a proposed class of purchasers of those services directly from the Defendants. Thereafter, pursuant to an Order by the Judicial Panel on Multidistrict Litigation, that action was transferred to this district for consolidated pretrial proceedings. When the complaints in the various cases were later combined into the Amended Consolidated Class Action Complaint (and its subsequent iterations), Ms. Cosgrove was not included as a named Plaintiff.

2. By Order No. 5 – Appointing Liaison Counsel and Plaintiffs' Steering Committee Members, filed on February 10, 2009 (Dkt. # 49), this Court appointed Richard J. Kilsheimer of Kaplan Fox as one of the members of the Plaintiffs' Steering Committee.

3. On April 5, 2012, on behalf of Club Texting, Inc., Kaplan Fox filed a case entitled *Club Texting Inc. v. Cellco Partnership et al.*, Case Number 12 CV 2656 in the Southern District of New York ("*Club Texting*"), on April 9, 2012, on behalf of TextPower, Inc., Kaplan Fox and another firm filed a case entitled *TextPower, Inc. v. Cellco Partnership et al.*, Case Number 12 CV 2729, in the same court ("*TextPower*"), and on May 10, 2012, on behalf of iSpeedBuy LLC, Kaplan Fox and another firm filed a case entitled *iSpeedBuy LLC. v. Cellco Partnership et al.*, Case Number 12 CV 3731, in the same court ("*iSpeedBuy*"). These cases allege that the defendants combined and conspired to prevent plaintiffs from using ten-digit telephone numbers to send mass text messages, referred to as application-to-person text messages, forcing plaintiffs to lease five- or six-digit "common short codes," and to pay various fees in connection with such services. These cases were filed on behalf of a class consisting of all entities and persons who leased common short codes and who sent or received application-to-person text messages from April 5, 2008 to the present.

4. Although they do not believe that there is any substantive overlap or any actual or potential conflicts between the proposed classes in this case and in the *Club Texting, TextPower* and *iSpeedBuy* cases, Kaplan Fox and Mr. Kilsheimer have decided to withdraw as counsel for Plaintiffs and as a member of the Plaintiffs' Steering Committee in this litigation. Kaplan Fox has conferred with their client about this decision, and she does not oppose such withdrawal. Plaintiffs' Steering Committee agrees that withdrawal is appropriate.

5. The named Plaintiffs in the Complaint and the members of the proposed Class in this case will not be adversely affected if this motion is granted, as their interests will be protected

by the remaining members of Plaintiffs' Steering Committee, including the two Plaintiffs' Liaison Counsel, who have been involved in all aspects of the prosecution of this litigation from the outset.

6. Defendants will not be prejudiced if the Motion is granted.

7. In the investigation and preparation of the *Club Texting, TextPower* and *iSpeedBuy* complaints, neither Kaplan Fox, Mr. Kilsheimer, nor their co-counsel in those cases, obtained, directly or indirectly, any confidential documents, information or work product which was used, developed, or obtained in the investigation or through discovery in *Text Messaging Antitrust Litigation,* nor will any counsel involved in the *Club Texting, TextPower* or *iSpeedBuy* litigations do so, directly or indirectly, in the future.

8. As set forth in the Kilsheimer Declaration, at all times Kaplan Fox and Mr. Kilsheimer have abided by the terms of the Protective Order filed by the Court on May 5, 2010 (Dkt. #154). Kaplan Fox and Mr. Kilsheimer further understand and agree to remain bound by the terms of the Protective Order.

WHEREFORE, it is respectfully requested that the Court grant an order pursuant to L.R. 83.17 permitting Kaplan Fox & Kilsheimer LLP and Richard J. Kilsheimer to withdraw as one of Plaintiffs' counsel and as a member of the Plaintiffs' Steering Committee.

May 21, 2012

    Respectfully submitted,

    KAPLAN FOX & KILSHEIMER LLP

    By: \_\_\_/s/ Richard J. Kilsheimer\_\_\_\_
    Richard J. Kilsheimer
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Tel.: (212) 687-1980

    *Member, Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2012, a true copy of the foregoing document was served via the Court's ECF system on all filing users.

/s/ Richard J. Kilsheimer
Richard J. Kilsheimer