# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7082 | **DATE** | 5/29/2012 |
| **CASE TITLE** | In Re: In Re: Text Messaging | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/14/2012 at 9:30 AM. Motion by Kaplan Fox & Kilsheimer and Richard Kilsheimer to withdraw appearance is granted subject to supplementation of the report by the plaintiff's steering committee (394). No further notices are to be sent to the law firm and attorney.

■[ For further details see text below.]   Docketing to mail notices.

00:20

## STATEMENT

Supplemental privilege log limited to the issues in open court is to be submitted by CTIA by the 8th of June, 2012.

Courtroom Deputy Initials: OR